No. 13-7046

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

_____

SANOFI PASTEUR INC.

*Appellant,*

v.

AMERICAN ANTITRUST INSTITUE

*Appellee.*

_____

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

_____

(A)    Parties and Amici:

- Sanofi Pasteur Inc.
  *Movant/Appellant*

- American Antitrust Institute
  *Respondent/Appellee*

(B)    Ruling Under Review:

- District Judge Richard J. Leon's Minute Order denying Sanofi Pasteur Inc.'s Motion to Compel the production of documents from American Antitrust Institute, 1:12-MC-00674, 2/4/2013 (Judgment entered 3/4/13)

(C)    Related Cases:

- The case on review was neither previously before Court of Appeals for the District of Columbia Circuit nor any other appellate court

- The case on review is a non-party discovery dispute arising out of a case pending in the United States District Court for the District of New Jersey: *Castro, et. al., v. Sanofi Pasteur, Inc.,* 2:11-cv-07178 (JLL) (MAH)

- There is a related case pending in the United States District Court for the District of Columbia which involves similar issues: *Citizens for*

*Responsibility and Ethics in Washington v. Sanofi Pasteur Inc.*, 1:12-MC-0629-RJL

- There is a *similar* case arising from the same set of facts pending in the United States District Court for the Northern District of Illinois: *Castro, et. al., v. Sanofi Pasteur, Inc.*, 1:13-cv-2086 (JJT)

Respectfully submitted,

/s/ Mark D. Harris
Mark D. Harris
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
T: (212)-969-3000
F: (212)-969-2900
mharris@proskauer.com
*Attorney for Appellant Sanofi Pasteur Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 22, 2013, I

electronically filed the foregoing with the Clerk of the Court for the United

States Court of Appeals for the District of Columbia Circuit by using the

CM/ECF system.

I further certify that I caused the foregoing to be electronically served

via the Court's CM/ECF system upon all counsel of record.


 /s/ Mark D. Harris
Mark D. Harris